IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Brodhead,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated,<br><br>　　　　　　Defendant. | No. CV-13-00757-PHX-GMS<br><br>**ORDER** |

　　　Pursuant to the parties' Stipulation of Dismissal (Doc. 24) and good cause appearing,

　　　**IT IS ORDERED** dismissing this action with prejudice, each party to bear their own attorneys' fees and costs.

　　　Dated this 27th day of February, 2014.

_____
G. Murray Snow
United States District Judge